No. 88–7575.   GARCIA *v.* ESTELLE, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–7576.   CHRISTIAN, AKA CHRISTIANSEN *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 88–7577.   HORTON *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 88–7578.   HEARNE *v.* MCKENZIE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–7579.   JOHNSON *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–7580.   MCDONALD *v.* JOHNSON.   Sup. Ct. Tenn.   Certiorari denied.

No. 88–7581.   WILSON *v.* DENTON ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–7582.   HARLEY *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 88–7584.   HAYES *v.* MADISON HOUSING AUTHORITY ET AL. C. A. 4th Cir.   Certiorari denied.

No. 88–7585.   DEMIDO *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–7587.   GRIFFITH *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–7588.   BROWN *v.* RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, PENNSYLVANIA, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 88–7589.   SIMMS *v.* CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

No. 88–7591.   SIVLEY *v.* JOHNS HOPKINS UNIVERSITY ET AL. C. A. 5th Cir.   Certiorari denied.

No. 88–7592.   TITCOMB *v.* VIRGINIA ET AL.   C. A. 4th Cir. Certiorari denied.